## FOURTH DEPARTMENT, MAY, 1969

### (May 8, 1969)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. B. C. WHITE, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Judgment unanimously affirmed. Memorandum: Relator's contention that his counsel agreed but failed to file a notice of appeal from his judgment of conviction may not be reviewed in this habeas corpus proceeding. The forum for such review is the court wherein defendant was convicted, and the procedure is by *coram nobis* (*People* v. *Callaway*, 24 N Y 2d 127; *People* v. *Ramsey*, 23 N Y 2d 656). (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus.) Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.

HAZEL WHELAN, Respondent, v. COUNTY OF MONROE, Appellant, et al., Defendant.— Order insofar as appealed from unanimously affirmed, without costs. Motion granted to incorporate in record on appeal the affidavit of Kenneth I. Albert, sworn to the 31st day of January, 1969, and the Memorandum of Hon. Daniel E. Macken dated February 7, 1969. (Appeal from certain parts of order of Monroe Special Term, granting leave to serve amended complaint.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.